IN **THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **KIRK ALEXANDER GIBSON,** | |
| Plaintiff, | Civil Action File No. |
| vs. | 1:17-cv-00003-LMM |
| **PALADIN HOSPITALITY GROUP, LLC, EARL E. CLOUD, III and JULIAN GOGLIA,** | |
| Defendants. | |

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

On July 20, 2017, the Court held a telephone hearing on the parties' Motion. The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute with the exception of a portion of Paragraph 9. Specifically, the Court strikes the following language in the second sentence of that paragraph: "all non-publicly disclosed facts, information, documents and/or details

1

about the action." The Court finds that the stricken language conflicts with the policies of the FLSA. *See* Gamble v. Air Serv Corp., 2017 WL 1951145 (N.D. Ga. Mar. 27, 2017).

Accordingly, in accordance with the above, the Parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this 20th day of July 2017

Leigh Martin May
United States District Judge